Richmond Circuit Circuit Court                                   Case No.:CL20006508-00

SIMS, DAVON                          Vs        GREENWOOD MOTOR LINES INC

| TABLE OF CONTENTS | | |
|---|---|---|
| Document Index | Date Filed | Page |
| COMPLAINT | 12/23/2020 | 1 - 5 |
| CORRESPONDENCE | | 6 - 7 |
| Receipt_20000047195.pdf | | 8 - 8 |
| MISCELLANEOUS | | 9 - 10 |
| SPECIAL PROCESS SERVER - COMPLAINT - BUSINESS - GREENWOOD MOTOR LINES INC | 12/07/2021 | 11 - 13 |
| SPECIAL PROCESS SERVER - COMPLAINT - CERTIFICATE OF SERVICE - VAN DER WERKEN, PAUL ALAN | 12/07/2021 | 14 - 16 |
| SPECIAL PROCESS SERVER - COMPLAINT - CERTIFICATE OF SERVICE - R & L TRANSFER INC | 12/07/2021 | 17 - 19 |
| SPECIAL PROCESS SERVER - COMPLAINT - CERTIFICATE OF SERVICE - R & L TRANSFER LLC | 12/07/2021 | 20 - 22 |

**EXHIBIT**

**1**

VIRGINIA:  IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

DAVON SIMS,

      Plaintiff,

v.                           Case No.:_____
                                         **PLAINTIFF DEMANDS TRIAL**
                                         **BY JURY**

GREENWOOD MOTOR LINES, INC. d/b/a R & L CARRIERS, INC.,

      Serve:  c/o Registered Agent, CT Corporation System
              4701 Cox Road; Suite 285
              Glen Allen, Virginia 23060-6808
              (Henrico County, Virginia)

PAUL ALAN VAN DER WERKEN,

      Serve:  Paul Alan Van Der Werken
              201 Westlynn Drive
              Lebanon, Tennessee 37087
              (Wilson County, Tennessee)

R&L TRANSFER, LLC,

R&L TRANSFER, INC.,

JOHN DOE 1, and

JOHN DOE 2

      Defendants.

## COMPLAINT

NOW COMES the Plaintiff, Davon Sims, by counsel, and respectfully moves this

Honorable Court for judgment against the Defendants Greenwood Motor Lines, Inc. d/b/a R & L

Carriers, Inc., R&L Transfer, LLC, R&L Transfer, Inc., Paul Alan Van Der Werken, John Doe 1,

and John Doe 2 jointly and severally, in the sum of FOUR HUNDRED FIFTY THOUSAND

DOLLARS ($450,000.00) in compensatory damages, together with the cost of this action, and pre-judgment interest from December 28, 2018, on the grounds set forth below:

## PARTIES

1.      The plaintiff is Davon Sims ("Plaintiff"), whose date of birth is September 4, 1987.

2.      Defendant Greenwood Motor Lines, Inc. d/b/a R & L Carriers, Inc. ("Greenwood Motor Lines") is a foreign corporation with its principal place of business in Wilmington, Ohio and is engaged in the shipping and hauling of freight.

3.      Defendant Paul Alan Van Der Werken ("Van Der Werken") was the driver of the tractor-trailer involved in the subject Crash.

4.      Upon information and belief, Defendant Van Der Werken is a citizen of Tennessee and resides in Wilson County, Tennessee.

5.      Defendant R&L Transfer, LLC is a foreign corporation with its principal place of business in Alexandria, Indiana and is engaged in the shipping and hauling of freight.

6.      Defendant R&L Transfer, Inc. is a foreign corporation with its principal place of business in Wilmington, Ohio and is engaged in the shipping and hauling of freight.

7.      Defendant John Doe 1 is an unknown defendant believed to be the operator of the tractor-trailer involved in the subject Crash.

8.      Defendant John Doe 2 is an unknown defendant believed to be the owner of the tractor-trailer involved in the subject Crash.

9.      At all times relevant hereto, Werken was an employee of Defendants Greenwood Motor Lines, R&L Transfer, LLC, R&L Transfer, Inc., and/or John Doe 2 acting within the scope of his employment.

2

## FACTUAL ALLEGATIONS

10.     On or about December 28, 2018, Plaintiff was the front seat passenger in a 2019 Nissan Sonata being driven by his girlfriend who was driving that vehicle southbound on Interstate-81 in Rockbridge County, Virginia.

11.     At the same time and place, while acting within the scope of his employment/ agency with Defendants Greenwood Motor Lines, R&L Transfer, LLC, and/or R&L Transfer, Inc., Defendant Van Der Werken or John Doe 1 was driving a tractor-trailer, owned by Defendants Greenwood Motor Lines, R&L Transfer, LLC, R&L Transfer, Inc., and/or John Doe 2 southbound on Interstate-81 in Rockbridge County, Virginia.

12.     Defendant Van Der Werken or John Doe 1 unlawfully failed to yield the right of way when he allowed the tractor-trailer he was operating to enter the lane occupied by the vehicle in which Plaintiff Davon Sims was a passenger.  In doing so, Defendant Van Der Werken or John Doe 1 struck the passenger side of that vehicle, causing it to become attached to the trailer he was operating.

13.     The impact between the tractor-trailer and the vehicle occupied by Plaintiff caused the vehicle occupied by Plaintiff to strike the guard rail, rotate across the highway and then strike the jersey wall twice.

14.     Paragraphs 10 and 11 shall be collectively referred to hereinafter as "the Crash."

15.     As a result of the Crash, Plaintiff suffered multiple, serious injuries.

## CAUSES OF ACTION

### COUNT 1
### NEGLIGENCE
#### (Against All Defendants)

16.     The Plaintiff hereby incorporated by reference, as if fully set forth herein, each and every allegation asserted in the preceding and following paragraphs, including each and

3

every factual and legal allegation hereinbefore and hereinafter alleged, and hereby re-adopts and re-alleges each such allegation.

17.     Van Der Werken or John Doe 1 was negligent for failing to keep a proper lookout while operating his tractor-trailer, for failing to keep his tractor-trailer under proper control, for causing his tractor-trailer to crash into the vehicle occupied by Plaintiff, which proximately caused, for failing to comply with the state laws and/or ordinances applicable to individuals operating motor vehicles in the Commonwealth of Virginia, and for otherwise being negligent in the operation of his tractor-trailer.

18.     Van Der Werken's or John Doe 1's actions constitute negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence.

19.     Defendants Greenwood Motor Lines, R&L Transfer, LLC, R&L Transfer, Inc., and/or John Doe 2 are liable for the negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence of Van Der Werken or John Doe 1.

20.     The negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence of all Defendants was a proximate cause of the Crash and Plaintiff's damages.

## DAMAGES

21.     The Plaintiff hereby incorporated by reference, as if fully set forth herein, each and every allegation asserted in the preceding and following paragraphs, including each and every factual and legal allegation hereinbefore and hereinafter alleged, and hereby re-adopts and re-alleges each such allegation.

22.     As a direct and proximate result of the Defendants' negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence, the Plaintiff suffered damages in the following particulars:

4

a. Bodily injuries both permanent and nonpermanent in nature which have affected the Plaintiff's health;

b. Past, present and future physical pain;

c. Past, present, and future mental anguish;

d. Past, present and future inconvenience;

e. Past, present, and future deformity and disfigurement and related embarrassment;

f. Past, present and future medical expenses;

g. Past, present and future lost earnings and a lessening of earning capacity; and

h. Other out-of-pocket expenses and damages resulting from this occurrence.

WHEREFORE, the Plaintiff demands judgment Defendants Greenwood Motor Lines, Inc. d/b/a R & L Carriers, Inc., R&L Transfer, LLC, and R&L Transfer, Inc., Paul Alan Van Der Werken, John Doe 1, and John Doe 2 jointly and severally, in the sum of FOUR HUNDRED FIFTY THOUSAND DOLLARS ($450,000.00) in compensatory damages, together with the cost of this action, and pre-judgment interest from December 28, 2018.

**A TRIAL BY JURY IS HEREBY DEMANDED**

DAVON SIMS

By:_____
Of Counsel

Kevin Biniazan, Esquire (VSB No. 92109)
BREIT CANTOR GRANA BUCKNER, PLLC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23541
Telephone: (757) 622-6000
Facsimile: (757) 299-8028
kbiniazan@breitcantor.com
*COUNSEL FOR PLAINTIFF*

5



**BREIT CANTOR**
BREIT · CANTOR · GRANA · BUCKNER

RECEIVED AND FILED
CIRCUIT COURT
DEC 07 2021
EDWARD F. JEWETT, CLERK
BY_____ D.C.

December 7, 2021

HAND DELIVERED

Honorable Edward F. Jewett, Clerk
Richmond Circuit Court
400 North Ninth Street
John Marshall Courts Building
Richmond, VA 23219

Re:   <u>Davon Sims v. Green Motor Lines, Inc., d/b/a R & L Carriers, Inc. et al.</u>
      CL20006508-00

Dear Honorable Edward F. Jewett:

Enclosed please find 8 copies of the complaint previously filed December 23, 2020 in the above-referenced matter. I kindly ask that you please prepare the complaint for service on the following Defendants:

Additionally I <u>ask this request for Proof of Service and Summons, for all four Defendants, be</u> **EXPEDITED** <u>in order to achieve service within the allowed timeframe. The deadline to serve this</u> <u>complaint is December 23, 2021.</u>

**GREENWOOD MOTOR LINES, INC. d/b/a R & L CARRIERS, INC.,**
**SERVE: c/o Registered Agent, CT Corporation System**
**4701 Cox Road, Suite 285**
**Glen Allen, Virginia 23060-6808**

**PAUL ALAN VAN DER WERKEN**
**SERVE: Secretary of the Commonwealth**
**201 Westlynn Drive**
**Lebanon, TN 37087**

**R&L TRANSFER, INC.**
**SERVE: Secretary of the Commonwealth**
**Registered Agent: CT CORPORATION SYSTEM**
**4400 Easton Commons Way, Columbus, OH 43219**

**R&L TRANSFER, LLC.**
**SERVE: Secretary of the Commonwealth**
**Registered Agent: CT Corporation System**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**Richmond:** 7130 Glen Forest Drive, Suite 400  /  Richmond, Virginia 23226  /  Phone: 804.644.1400  /  Fax: 804.644.9205  /  **BreitCantor.com**
**Virginia Beach:** Towne Pavilion Center II  /  600 22nd Street, Suite 402  /  Virginia Beach, Virginia 23451  /  Phone: 757.622.6000  /  Fax: 757.670.3939

Please call Kylee Vanboening at 757-670-3889 when the documents are ready to be picked up. They will be served by private process server and through the Secretary of the Commonwealth.

Thank you for your assistance in this matter.

Very truly yours,

Kevin Biniazan

Receipt : 20000047195

COURT ADDRESS:
400 NORTH 9TH STREET
RICHMOND, VA 23219
PHONE # :804-646-6553

Page 1 of 1

CREDIT CARD NUMBER (LAST 4 DIGITS): 4014
CARD TRANSACTION DATE          : 12/23/2020 16:07:42

**OFFICIAL RECEIPT**
**RICHMOND CITY CIRCUIT COURT**
**CIVIL**

DATE : 12/23/2020          TIME : 16:07:42
RECEIPT # : 20000047195   TRANSACTION # : 2012300191
CASHIER : CMH      REGISTER # : EFL
CASE COMMENTS : SIMS, DAVON v. GREENWOOD MOTOR LINES, I
SUIT AMOUNT : $450,000.00
ACCOUNT OF : SIMS, DAVON
PAID BY : BREIT CANTOR GRANA BUCKNER, LL

CASE # : 760CL2000650800

FILING TYPE : MV

PAYMENT : FULL PAYMENT

CREDIT/DEBIT CARD : $301.92
DESCRIPTION 1 : PLAINTIFF: SIMS, DAVON
2 : NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 219 | LAW LIBRARY | $4.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $240.00 |
| 407 | CONVENIENCE FEE | $5.92 |

TENDERED : $          301.92
AMOUNT PAID : $      301.92

CLERK OF COURT : EDWARD F. JEWETT

Page 8

## Crigger, John B. - Circuit Court

| | |
|---|---|
| **From:** | Crigger, John B. - Circuit Court |
| **Sent:** | Tuesday, December 7, 2021 2:13 PM |
| **To:** | 'KVanboening@BreitCantor.com' |
| **Cc:** | 'KBiniazan@BreitCantor.com' |
| **Subject:** | CL20-6508 (SIMS, Davon v. Greenwood Lines, Inc., et al.) |
| **Importance:** | High |

Hello!

Service documents on **Greenwood Motor, P. Van Der Werken, R&L Transfer Inc., and R&L Transfer LLC** have been placed in the generic overflow box/bin (bottom left-hand corner of all boxes/bins across from the fax machine) since a specific process server was not specified in your cover letter. 'Breit Cantor' will be written across the bottom of the first page.

**John Crigger**
**Deputy Clerk**
**Richmond Circuit Court**

1

## Crigger, John B. - Circuit Court

| | |
|---|---|
| **From:** | Kevin Biniazan <kbiniazan@breitcantor.com> |
| **Sent:** | Tuesday, December 7, 2021 2:14 PM |
| **To:** | Crigger, John B. - Circuit Court |
| **Subject:** | Read: CL20-6508 (SIMS, Davon v. Greenwood Lines, Inc., et al.) |
| **Attachments:** | Read: CL20-6508 (SIMS, Davon v. Greenwood Lines, Inc., et al.) |
| **Importance:** | High |

CAUTION: This message is from an external sender - Do not open attachments or click links unless you recognize the sender's address and know the content is safe.

1

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219

RECEIVED AND FILED
CIRCUIT COURT
DEC 2 1 2021
EDWARD F. JEWETT, CLERK
BY_____ D.C.

Proof of Service

Virginia:
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL20006508-00
Service number: 001
Service filed: December 23, 2020
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: DAVON SIMS  vs GREENWOOD MOTOR LINES INC
Service on: GREENWOOD MOTOR LINES INC
D/B/A R & L CARRIERS, INC.
SERVE: CT CORPORATION SYSTEM,
REGISTERED AGENT
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060-6808

Attorney: BINIAZAN, KEVIN
7130 GLEN FOREST DRIVE, #400
RICHMOND VA 23226
757.670.3889

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, December 07, 2021 with a copy of the
Complaint filed Wednesday, December 23, 2020 attached.

Hearing date  :
Service issued: Tuesday, December 07, 2021

For Sheriff Use Only

Brett Cawton  SPS

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

***As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.***

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

     Katie Bush             Teresa Brown           Julie Parrish

This authorization does not certify the receipt or acceptance of any specific process

Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 25th day of March, 2021.

Notary Public

DORINDA NESBITT SLAUGHTER
NOTARY
PUBLIC
REG # 7529659
MY COMMISSION
EXPIRES
4/30/2024
COMMONWEALTH OF VIRGINIA

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**RICHMOND CIRCUIT COURT**

STATE/COMMONWEALTH OF:       487624 - 1
VA

DAVON SIMS                                         }          CASE NO:

In re / v.                                               }

GREENWOOD MOTOR LINES INC              }          **760CL20006508-00**

RECEIVED AND FILED
CIRCUIT COURT

DEC 2 1 2021

EDWARD F. JEWETT, CLERK
BY                     D C

## REGISTERED AGENT

**GREENWOOD MOTOR LINES INC D/B/A R & L CARRIERS, INC. CT CORP SYSTEM**
**4701 COX ROAD, STE 285, GLEN ALLEN, VA  23060**

is the name and address of the person upon whom service of the following is to be made.

| Document(s) Served: | SUMMONS issued on: | 12/7/2021 |
|---|---|---|
| | with a copy of the COMPLAINT filed on: | 12/23/2020 |

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:            **12/10/2021**   @       **2:15 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:**
**JULIE PARRISH**

Dated:  12/13/2021              Signature

COMMONWEALTH OF VIRGINIA              Name:  MICHAEL L McWHORTER, CoVAPPS Certification No. 00-0016
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

MICHAEL L McWHORTER

who is personally known to me.

Date:  12/13/2021

My commission expire   1/31/2023           Signature of Notary Public;       JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires:  1/31/2023

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219

RECEIVED AND FILED
CIRCUIT COURT
8:30
DEC 22 2021
EDWARD F. JEWETT, CLERK
BY_____D.C.

Proof of Service

Virginia:
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL20006508-00
Service number: 002
Service filed: December 23, 2020
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: DAVON SIMS  vs GREENWOOD MOTOR LINES INC
Service on: PAUL ALAN VAN DER WERKEN
SERVE: SECRETARY OF
THE COMMONWEALTH
201 WESTLYNN DRIVE
LEBANON TN 37087

Attorney: BINIAZAN, KEVIN
7130 GLEN FOREST DRIVE, #400
RICHMOND VA 23226
757.670.3889

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, December 07, 2021 with a copy of the
Complaint filed Wednesday, December 23, 2020 attached.

Hearing date  :
Service issued: Tuesday, December 07, 2021

For Sheriff Use Only

# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Case No. ......760CL20006508-00......

Commonwealth of Virginia    VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51

.................Richmond City Circuit Court................. Circuit Court

| Davon Sims | v. | Paul Alan Van Der Werken |
|---|---|---|
| 600 22nd Street suite 402 | | 201 Westlynn Drive |
| Virginia Beach VA, 23451 | | Lebanon TN, 37087 |

**TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.**

Attachments:  ☒ Summons and Complaint          ☐ Notice
☐

RECEIVED AND FILED
CIRCUIT COURT

DEC 2 2 2021

EDWARD F. JEWETT, CLERK
BY _____ D.C.

I, the undersigned Affiant, state under oath that
☒ the above-named defendant    ☐ ...............................................................

whose last known address is    ☒ same as above ☐ ......................................

1. ☒ is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on page 2).

2. ☐ is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

.......................................................................... is the hearing date and time on the attached process or notice (if applicable).

12/8/2021
DATE
☐ PARTY  ☒ PARTY'S ATTORNEY  ☐ PARTY'S AGENT  ☐ PARTY'S REGULAR AND *BONA FIDE* EMPLOYEE

State of    Virginia    ☒ City ☐ County of    Va Beach

Acknowledged, subscribed and sworn to before me this day by ....Kevin Biniazan....
PRINT NAME OF SIGNATORY

12/8/2021
DATE
☐ CLERK  ☐ MAGISTRATE  ☐ NOTARY PUBLIC

Notary Registration No. ....213750....  My commission expires: ....................

*[Notary seal: TERESA BAKER, NOTARY PUBLIC, REGISTRATION NO. 213750, MY COMMISSION EXPIRES, COMMONWEALTH OF VIRGINIA]*

☐ Verification by the clerk of court of the date of filing of the certificate of compliance is requested. A self-addressed stamped envelope was provided to the clerk at the time of filing this Affidavit.

**NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:**
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On ....DEC 1 4 2021...., legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On ....DEC 1 7 2021...., papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 07/13

## NON-RESIDENCE GROUNDS REQUIREMENT:

If box number 1 is checked, insert the appropriate subsection number:

A court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a cause of action arising from the person's:

1.   Transacting any business in this Commonwealth;

2.   Contracting to supply services or things in this Commonwealth;

3.   Causing tortious injury by an act or omission in this Commonwealth;

4.   Causing tortious injury in this Commonwealth by an act or omission outside this Commonwealth if he regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;

5.   Causing injury in this Commonwealth to any person by breach of warranty expressly or impliedly made in the sale of goods outside this Commonwealth when he might reasonably have expected such person to use, consume, or be affected by the goods in this Commonwealth, provided that he also regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;

6.   Having an interest in, using, or possessing real property in this Commonwealth;

7.   Contracting to insure any person, property, or risk located within this Commonwealth at the time of contracting;

8(ii). Having been ordered to pay spousal support or child support pursuant to an order entered by any court of competent jurisdiction in this Commonwealth having *in personam* jurisdiction over such person; or

9.   Having incurred a liability for taxes, fines, penalties, interest, or other charges to any political subdivision of the Commonwealth.

## DUE DILIGENCE REQUIREMENT:

If box number 2 is checked, the following provision applies:

When the person to be served is a resident, the signature of an attorney, party or agent of the person seeking service on such affidavit shall constitute a certificate by him that process has been delivered to the sheriff or to a disinterested person as permitted by § 8.01-293 for execution and, if the sheriff or disinterested person was unable to execute such service, that the person seeking service has been unable, after exercising due diligence, to locate the person to be served.

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND  VA  23219



RECEIVED AND FILED
CIRCUIT COURT
DEC 2 2 2021
EDWARD F. JEWETT, CLERK
BY_____D.C.

Proof of Service

Virginia:
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL20006508-00
Service number: 003
Service filed: December 23, 2020
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: DAVON SIMS  vs GREENWOOD MOTOR LINES INC
Service on: R & L TRANSFER INC
    SERVE: SECRETARY OF THE
    COMMONWEALTH, SERVE: CT
    CORPORATION SYSTEM, REG AGT
    4400 EASTON COMMONS WAY
    COLUMBUS OH 43219

Attorney: BINIAZAN, KEVIN
7130 GLEN FOREST DRIVE, #400
RICHMOND VA 23226
757.670.3889

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, December 07, 2021 with a copy of the Complaint filed Wednesday, December 23, 2020 attached.

Hearing date   :
Service issued: Tuesday, December 07, 2021

For Sheriff Use Only

# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Commonwealth of Virginia       VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51

Case No. .......... 760CL20006508-00 ..........

.......... Richmond City Circuit Court .......... Circuit Court

| Davon Sims | v. | R & L TRANSFER INC. |
|---|---|---|
| 600 22nd Street suite 402 | | Ra: CT CORPORATION SYSTEM 4400 Easton |
| Virginia Beach VA, 23451 | | Columbus OH, 43219 |

**TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.**

Attachments:   ☒ Summons and Complaint          ☐ Notice

☐          RECEIVED AND FILED
CIRCUIT COURT

DEC 2 2 2021

EDWARD F. JEWETT, CLERK
BY ................ D.C.

I, the undersigned Affiant, state under oath that
☒ the above-named defendant   ☐ ..........................

whose last known address is   ☒ same as above ☐ ..........................

1.  ☒ is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on page 2).

2.  ☐ is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

.......................... is the hearing date and time on the attached process or notice (if applicable).

12/8/2021
DATE

State of   Virginia       ☐ PARTY ☒ PARTY'S ATTORNEY ☐ PARTY'S AGENT ☐ PARTY'S REGULAR AND
☒ City ☐ County of   Va Beach

Acknowledged, subscribed and sworn to before me this day by   Kevin Biniazan
PRINT NAME OF SIGNATORY

12/8/2021
DATE
Teresa M Baker

☐ CLERK   ☐ MAGISTRATE   ☒ NOTARY PUBLIC
Notary Registration No.   213750   My commission expires: .......... 4-30-2023

TERESA G. BAKER
NOTARY
PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION NO.
213750
MY COMMISSION
EXPIRES

☐ Verification by the clerk of court of the date of filing of the certificate of compliance is requested. A self-addressed stamped envelope was provided to the clerk at the time of filing this Affidavit.

**NOTICE TO THE RECIPIENT** from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1.  On  DEC 1 4 2021 .........................., legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2.  On  DEC 1 7 2021 .........................., papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 07/13

## NON-RESIDENCE GROUNDS REQUIREMENT:

If box number 1 is checked, insert the appropriate subsection number:

A court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a cause of action arising from the person's:

1.  Transacting any business in this Commonwealth;

2.  Contracting to supply services or things in this Commonwealth;

3.  Causing tortious injury by an act or omission in this Commonwealth;

4.  Causing tortious injury in this Commonwealth by an act or omission outside this Commonwealth *if he* regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;

5.  Causing injury in this Commonwealth to any person by breach of warranty expressly or impliedly made in the sale of goods outside this Commonwealth when he might reasonably have expected such person to use, consume, or be affected by the goods in this Commonwealth, provided that he also regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;

6.  Having an interest in, using, or possessing real property in this Commonwealth;

7.  Contracting to insure any person, property, or risk located within this Commonwealth at the time of contracting;

8(ii). Having been ordered to pay spousal support or child support pursuant to an order entered by any court of competent jurisdiction in this Commonwealth having *in personam* jurisdiction over such person; or

9.  Having incurred a liability for taxes, fines, penalties, interest, or other charges to any political subdivision of the Commonwealth.

## DUE DILIGENCE REQUIREMENT:

If box number 2 is checked, the following provision applies:

When the person to be served is a resident, the signature of an attorney, party or agent of the person seeking service on such affidavit shall constitute a certificate by him that process has been delivered to the sheriff or to a disinterested person as permitted by § 8.01-293 for execution and, if the sheriff or disinterested person was unable to execute such service, that the person seeking service has been unable, after exercising due diligence, to locate the person to be served.

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND  VA  23219

Proof of Service

Virginia:
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL20006508-00
Service number: 004
Service filed: December 23, 2020
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: DAVON SIMS  vs GREENWOOD MOTOR LINES INC
Service on: R & L TRANSFER LLC
      SERVE: SECRETARY OF THE
      COMMONWEALTH, SERVE: CT
      CORPORATION SYSTEM, REG AGT
      1200 SOUTH PINE ISLAND ROAD
      PLANTATION FL 33324

Attorney: BINIAZAN, KEVIN
      7130 GLEN FOREST DRIVE, #400
      RICHMOND VA 23226
      757.670.3889

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, December 07, 2021 with a copy of the Complaint filed Wednesday, December 23, 2020 attached.

Hearing date :
Service issued: Tuesday, December 07, 2021

For Sheriff Use Only



RECEIVED AND FILED
CIRCUIT COURT
DEC 2 2 2021
EDWARD ⌐ ⌐WETT, CLERK
BY _____ D.C.

# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

**RECEIVED AND FILED**
**CIRCUIT COURT**
8:30
DEC 22 2021
EDWARD F. JEWETT, CLERK
D.C.

760CL20006508-00

Commonwealth of Virginia   VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-31

.......... Richmond City Circuit Court .......... Circuit Court

| | | |
|---|---|---|
| Davon Sims | v. | R & L TRANSFER LLC |
| 600 22nd Street suite 402 | | RA: CT CORPORATION SYSTEM 1200 SOUTH |
| Virginia Beach VA, 23451 | | PLANTATION FL, 33324 |

---

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments:   ☒ Summons and Complaint          ☐ Notice
                                               ☐ ....................

I, the undersigned Affiant, state under oath that
☒ the above-named defendant   ☐ ....................

whose last known address is   ☒ same as above ☐ ....................

1. ☒ is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on page 2).

2. ☐ is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

.................... is the hearing date and time on the attached process or notice (if applicable).

12/8/2021
DATE

☐ PARTY ☒ PARTY'S ATTORNEY ☐ PARTY'S AGENT ☐ PARTY'S REGULAR AND...

State of   Virginia          ☒ City ☐ County of   Va Beach

Acknowledged, subscribed and sworn to before me this day by   Kevin Biniazan

12/8/2021                                        PRINT NAME OF SIGNATORY
DATE

☐ CLERK   ☐ MAGISTRATE   ☒ NOTARY PUBLIC

Notary Registration No. 213750 .......... My commission expires: 4-30-2023

TERESA G. BAKER
NOTARY
REGISTRATION NO.
213750
MY COMMISSION EXPIRES
COMMONWEALTH OF VIRGINIA

☐ Verification by the clerk of court of the date of filing of the certificate of compliance is requested. A self-addressed stamped envelope was provided to the clerk at the time of filing this Affidavit.

---

**NOTICE TO THE RECIPIENT** from the Office of the Secretary of the Commonwealth of Virginia:

You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On DEC 1 4 2021 .................... , legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On DEC 1 7 2021 .................... , papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

_____
SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 07/13

## NON-RESIDENCE GROUNDS REQUIREMENT:

If box number 1 is checked, insert the appropriate subsection number:

A court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a cause of action arising from the person's:

1.   Transacting any business in this Commonwealth;

2.   Contracting to supply services or things in this Commonwealth;

3.   Causing tortious injury by an act or omission in this Commonwealth;

4.   Causing tortious injury in this Commonwealth by an act or omission outside this Commonwealth if he regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;

5.   Causing injury in this Commonwealth to any person by breach of warranty expressly or impliedly made in the sale of goods outside this Commonwealth when he might reasonably have expected such person to use, consume, or be affected by the goods in this Commonwealth, provided that he also regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;

6.   Having an interest in, using, or possessing real property in this Commonwealth;

7.   Contracting to insure any person, property, or risk located within this Commonwealth at the time of contracting;

8(ii). Having been ordered to pay spousal support or child support pursuant to an order entered by any court of competent jurisdiction in this Commonwealth having *in personam* jurisdiction over such person; or

9.   Having incurred a liability for taxes, fines, penalties, interest, or other charges to any political subdivision of the Commonwealth.

## DUE DILIGENCE REQUIREMENT:

If box number 2 is checked, the following provision applies:

When the person to be served is a resident, the signature of an attorney, party or agent of the person seeking service on such affidavit shall constitute a certificate by him that process has been delivered to the sheriff or to a disinterested person as permitted by § 8.01-293 for execution and, if the sheriff or disinterested person was unable to execute such service, that the person seeking service has been unable, after exercising due diligence, to locate the person to be served.