IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DSITRICT OF VIRGINIA
Richmond Division

**DAVON SIMS;**
**GENESIS SIMS, by her next friend CAROLINE MORRIS;**
**TORIN SIMS, by his next friend CAROLINE MORRIS; and**
**TRINITY SIMS, by her next friend CAROLINE MORRIS;**

　　**Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 3:22CV3**
　　　　　　　　　　　　　　　　　　　　　　　　**TRIAL BY JURY DEMANDED**

**GREENWOOD MOTOR LINES, INC. D/B/A**
**R & L CARRIERS, INC.;**
　　　　Serve:　CT Corporation System, Registered Agent
　　　　　　　　4701 Cox Road; Suite 285
　　　　　　　　Glen Allen, Virginia 23060-6808
　　　　　　　　(Henrico County, Virginia)

**R&L TRANSFER, INC.;**
　　　　Serve:　CT Corporation System, Registered Agent
　　　　　　　　4701 Cox Road; Suite 285
　　　　　　　　Glen Allen, Virginia 23060-6808
　　　　　　　　(Henrico County, Virginia)

**PAUL ALAN VANDERWERKEN;**
　　　　Serve:　Paul Alan Vanderwerken
　　　　　　　　201 Westlynn Drive
　　　　　　　　Lebanon, Tennessee 37087
　　　　　　　　(Wilson County, Tennessee)

　　**Defendants.**

**COMPLAINT**

COME NOW Plaintiffs Davon Sims; Genesis Sims, by her next friend Caroline Morris; Torin Sims, by his next friend Caroline Morris; and Trinity Sims, by her next friend Caroline Morris, who seek judgement from this Honorable Court against Defendants Greenwood Motor

1

Lines, Inc. d/b/a R & L Carriers, Inc.; R&L Transfer, Inc.; and Paul Alan Vanderwerken, jointly and severally, on the grounds set forth below:

**PARTIES**

1. Plaintiff Davon Sims is an adult resident of Alabama.

2. Plaintiff Genesis Sims is a minor resident of Alabama.

3. Plaintiff Torin Sims is a minor resident of Alabama.

4. Plaintiff Trinity Sims is a minor resident of Alabama.

5. Next Friend Caroline Morris is the mother of Plaintiffs Genesis Sims, Torin Sims, and Trinity Sims.

6. Defendant Greenwood Motor Lines, Inc. d/b/a R & L Carriers, Inc. ("Defendant Greenwood Motor") is a foreign corporation with its principal place of business in Wilmington, Ohio and is engaged in the shipping and hauling of freight.

7. Defendant R&L Transfer, Inc. ("Defendant R&L Transfer") is a foreign corporation with its principal place of business in Wilmington, Ohio and is engaged in the shipping and hauling of freight.

8. At all relevant times, R&L Transfer owned the tractor-trailer involved in the Crash.

9. Upon information and belief, Defendant Paul Alan Vanderwerken ("Defendant Vanderwerken") is a citizen of Riverview, Michigan.

10. Defendant Vanderwerken was the driver of the tractor-trailer involved in the Crash.

11. At all relevant times, Defendant Vanderwerken was an employee acting on behalf of and within the scope of his employment or agency with Defendant Greenwood Motor.

## FACTUAL ALLEGATIONS

12. Plaintiffs hereby incorporate by reference every allegation asserted in this Complaint, as if fully set forth herein.

13. On or about December 28, 2018, Plaintiff Davon Sims was a front-seat passenger and Plaintiffs Genesis Sims, Torin Sims, and Trinity Sims were back-seat passengers in a 2019 Nissan Sonata traveling southbound on Interstate-81, in the left-hand lane, in Rockbridge County, Virginia.

14. At the same time and place, Defendant Vanderwerken was driving a tractor-trailer southbound on Interstate-81, in the right-hand lane, in Rockbridge County, Virginia.

15. At the same time and place, Defendant Vanderwerken merged into the left-hand lane, where Plaintiffs' vehicle was traveling, striking the front-passenger side of Plaintiffs' vehicle and causing Plaintiffs' vehicle to become attached to the tractor-trailer.

16. Defendant Vanderwerken's striking of Plaintiffs' vehicle pushed Plaintiffs' vehicle into the left-hand guard rail, and caused Plaintiffs' vehicle to run off the road, rotate across the highway, and strike the right-hand jersey wall twice.

17. Paragraphs 14 through 17 shall be referred to as "the Crash."

18. As a result of the Crash, Plaintiffs suffered serious injuries.

## CAUSES OF ACTION

### COUNT I | NEGLIGENCE OF DEFENDANT VANDERWERKEN

19. Plaintiffs hereby incorporate by reference every allegation asserted in this Complaint, as if fully set forth herein.

20. At all relevant times, Defendant Vanderwerken owed Plaintiffs the duty to operate his tractor-trailer with reasonable care, including but not limited to:

    a.    The duty to operate his vehicle safely with regard to other drivers;

    b.    The duty to keep a proper lookout;

    c.    The duty to leave proper space between his tractor-trailer and other vehicles;

    d.    The duty to stay in a single lane until changing lanes can be done safely; see Va. § 46.2-804;

    e.    The duty to follow vehicles at a reasonable and prudent distance, having due regard to the speed of both vehicles and the traffic on, and conditions of, the highway, see Va. Code § 46.2-816;

    f.    The duty to not drive aggressively, see Va. Code § 46.1-852;

    g.    The duty to drive his tractor-trailer under proper control, see Va. Code § 46.2-853;

    h.    The duty to overtake and pass a vehicle only under conditions permitting such movement in safety, see Va. Code § 46.2-841; and

    i.    The duty to not drive recklessly, see Va. Code § 46.1-852;

21. The General Assembly enacted the above referenced statutes for public safety, Plaintiffs belong to a class of persons for whose benefit the statutes were designed to protect, and Plaintiffs' injuries was the type of injury against which the statutes were designed to protect.

22. Defendant Vanderwerken knew or should have known that other drivers were driving southbound on Interstate-81 and/or in the left-hand lane of Interstate-81.

23. Defendant Vanderwerken breached his duty by operating his vehicle negligently, negligently per se, and/or recklessly, including when he changed lanes and struck Plaintiffs' vehicle with his tractor-trailer.

24. Plaintiffs suffered severe injury as a direct and proximate result of Defendant Vanderwerken's breach of his duty.

## COUNT II | NEGLIGENCE OF DEFENDANTS GREENWOOD MOTOR R&L TRANSFER, INC.

25. Plaintiffs hereby incorporate by reference every allegation asserted in this Complaint, as if fully set forth herein.

26. Upon information and belief, at the time of the Crash, Defendant Greenwood Motor employed Defendant Vanderwerken as a driver.

27. Upon information and belief, at the time of the Crash, Defendant R&L Transfer, Inc. owned the tractor-trailer involved in the Crash.

28. Upon information and belief, at the time of the Crash, Defendant Vanderwerken was an employee acting on behalf of and within the scope of his employment or agency with Defendant Greenwood Motor.

## DAMAGES

29. Plaintiffs hereby incorporate by reference every allegation asserted in this Complaint, as if fully set forth herein.

30. As a direct and proximate result of Defendants' negligence, negligence per se, and/or recklessness, Plaintiffs suffered:

    a. Bodily injuries, both permanent and nonpermanent, that affect Plaintiff's health;

    b. Past, present, and future physical pain;

    c. Past, present, and future mental anguish;

    d. Past, present, and future inconvenience;

    e. Past, present, and future deformity and disfigurement and related embarrassment;

    f. Past, present, and future medical expenses;

    g. Past, present, and future lost earnings and a lessening of earning capacity; and

    h. Other out-of-pocket expenses and damages.

**PRAYER FOR RELIEF**

Plaintiffs pray this Court grant judgment in favor of Plaintiffs against Defendants Greenwood Motor Lines Inc., Inc. d/b/a R & L Carriers, Inc.; R&L Transfer, Inc. jointly and severally for compensatory damages to be determined by the trier of fact plus pre- and post-judgment interest and other relief this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Local Rules for the United States District Court Eastern District of Virginia, Plaintiffs hereby requests a trial by jury on all claims, defenses, and issues.

Dated: August 2, 2022

Respectfully yours,
**DAVON SIMS;**
**GENESIS SIMS, by her next friend CAROLINE MORRIS;**
**TORIN SIMS, by his next friend CAROLINE MORRIS; and**
**TRINITY SIMS, by her next friend CAROLINE MORRIS**

_____
Kevin Biniazan | VSB No. 92109
BREIT BINIAZAN, PC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia  23541
757.622.6000 | Phone
757.299.8028 | Fax
Kevin@bbtrial.com | Email

*Counsel for Plaintiffs Davon Sims;*
*Genesis Sims, by her next friend Caroline Morris;*
*Torin Sims, by his next friend Caroline Morris; and*
*Trinity Sims, by her next friend Caroline Morris*

## CERTIFICATE OF SERVICE

I certify that, on August 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to:

Dov M. Szego | VSB No. 44586
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA  22102-5102
703.245.9300 | Phone
705.245.9301 | Fax
Dov.Szego@wilsonelser.com | Email

*Counsel for Defendants Greenwood Motor Lines, Inc., d/b/a*
*R+L Carriers,*
*R&L Transfer, Inc., and*
*Paul Alan Vanderwerken*

_____
Kevin Biniazan | VSB No. 92109
BREIT BINIAZAN, PC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia  23541
757.622.6000 | Phone
757.299.8028 | Fax
Kevin@bbtrial.com | Email

*Counsel for Plaintiffs Davon Sims;*
*Genesis Sims, by her next friend Caroline Morris;*
*Torin Sims, by his next friend Caroline Morris; and*
*Trinity Sims, by her next friend Caroline Morris*