IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAVON SIMS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:22-cv-00003 |
| | ) |
| GREENWOOD MOTOR LINES, INC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ARRPOVING INFANT SETTLEMENT

Having considered the unopposed petition to approve the minor settlements for minor Plaintiffs Trinity Sims, Torin Sims, and Genesis Sims, and having reviewed the amounts the minors will receive in settlement and the terms of the structured settlements, the Court finds that the settlement agreements are a fair and reasonable compromise of the minors' claims in this action. Accordingly, it is hereby ORDERED that:

1. The Petition for Approval of the Infant Settlements for Trinity Sims, Torin Sims, and Genesis Sims is GRANTED and the settlements as set forth below are APPROVED;

2. Defendants shall prepare and deliver the settlement fund proceeds according to the Settlement Agreements;

3. Structured Settlement Annuities shall be purchased for each minor Plaintiff as set forth below:

    a. $83,300.00 shall be used for the purchase of an annuity for Genesis Sims from United of Omaha Life Insurance Company to provide future periodic payments according to the terms and conditions of the Structured Settlement Addendum to the Settlement Agreement for Genesis Sims.

    b. $220,855.39 shall be used for the purchase of an annuity for Torin Sims from United of Omaha Life Insurance Company to provide future periodic payments according to the terms and conditions of the Structured Settlement Addendum to the Settlement Agreement for Torin Sims.

    c. $1,145,487.51 shall be used for the purchase of two annuities for Trinity Sims from United of Omaha Life Insurance Company and New York Life Insurance Company to provide future periodic payments according to the terms and conditions of the Structured Settlement Addendum to the Settlement Agreement for Trinity Sims.

4. Within forty-five (45) days of receiving proof (proof meaning a copy of the funding check(s)) that the structured settlement packages were purchased for each minor Plaintiff in accordance with <u>Exhibit A</u> to this Order, Plaintiffs' counsel shall file under seal such proof to the Court;

5. Within sixty (60) days of the entry of this Order, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

6. This Order authorizes the filing under seal of documents identifying the structured settlement packages purchased for each minor Plaintiff.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 28 September 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

# STRUCTURED SETTLEMENT ADDENDUM

**I. Periodic Payments**

    A. Periodic payments payable to Trinity Sims (Payee) made according to the schedule as follows (the "Periodic Payments"):

1) Period Certain Annuity - $25,000.00 semi-annually beginning 07/07/2028. Payable for 48 months guaranteed. Guaranteed payments through 01/07/2032.
2) Period Certain Annuity - $500.00 monthly beginning 09/01/2028. Payable for 45 months guaranteed. Guaranteed payments through 05/01/2032.
3) Life with Period Certain Annuity - $2,500.00 annually beginning 07/07/2032. Payable for life with 40 years guaranteed. Guaranteed payments through 07/07/2071.
4) Life with Period Certain Annuity - $5,000.00 monthly beginning 07/07/2035. Payable for life with 459 months guaranteed. Guaranteed payments through 09/07/2073.
5) Guaranteed Lump Sum - $50,000.00 lump sum payment on 07/07/2040.
6) Guaranteed Lump Sum - $60,000.00 lump sum payment on 07/07/2045.
7) Guaranteed Lump Sum - $75,000.00 lump sum payment on 07/07/2050.
8) Guaranteed Lump Sum - $184,417.46 lump sum payment on 07/07/2055.
9) Life with Period Certain Annuity - $50,000.00 for life, payable every 5 years, guaranteed for 31 years which is 7 payments, beginning on 07/07/2032, with the last guaranteed payment on 07/07/2062.

    Periodic payments (1) through (8) will be provided by United of Omaha Life Insurance Company and periodic payment (9) will be provided by New York Life Insurance Company.

    Periodic payments (1) through (9) for Trinity Sims have a total present purchase value of $1,145,487.51.

    B. Periodic payments payable to Torin Sims (Payee) made according to the schedule as follows (the "Periodic Payments"):

1) Period Certain Annuity - $15,000.00 semi-annually beginning 07/01/2026. Payable for 48 months guaranteed. Guaranteed payments through 01/01/2030.
2) Period Certain Annuity - $200.00 monthly beginning 09/01/2026. Payable for 45 months guaranteed. Guaranteed payments through 05/01/2030.
3) Guaranteed Lump Sum - $20,000.00 lump sum payment on 11/18/2032.
4) Life with Period Certain Annuity - $502.88 monthly beginning 11/18/2032. Payable for life with 480 months guaranteed. Guaranteed payments through 10/18/2072.
5) Guaranteed Lump Sum - $40,000.00 lump sum payment on 11/18/2037.

    Periodic payments for Torin Sims will be provided by United of Omaha Life Insurance Company and have a present purchase value of $220,855.39.

    C. Periodic payments payable to Genesis Sims (Payee) made according to the schedule as follows (the "Periodic Payments"):

1) Guaranteed Lump Sum - $25,000.00 lump sum payment on 07/09/2035.
2) Guaranteed Lump Sum - $30,000.00 lump sum payment on 07/09/2038.
3) Period Certain Annuity - $347.10 monthly beginning 07/09/2038. Payable for 240 months guaranteed. Guaranteed payments through 06/09/2058.
4) Guaranteed Lump Sum - $35,000.00 lump sum payment on 07/09/2043.
5) Guaranteed Lump Sum - $40,000.00 lump sum payment on 07/09/2048.

Exhibit A

Periodic payments for Genesis Sims will be provided by United of Omaha Life Insurance Company and have a present purchase value of $83,300.00.