IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAVON SIMS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Case No. 3:22-cv-00003 |
| GREENWOOD MOTOR LINES, INC, et al., | ) ) ) ) |
| Defendants. | ) ) |

**AMENDED ORDER APPROVING INFANT SETTLEMENTS**

Having considered the unopposed petition to approve the minor settlements for Plaintiffs Trinity Sims, Torin Sims, and Genesis Sims, and having reviewed the settlement documents and the terms of the structured settlements, the Court finds that the settlement agreements are a fair and reasonable compromise of the minors' claims in this action. Accordingly, it is hereby ORDERED that:

1. The Petition for Approval of the Infant Settlements for Trinity Sims, Torin Sims, and Genesis Sims is GRANTED and the settlements as set forth in the Structured Settlement Addendum attached hereto as Exhibit A are APPROVED;

2. Defendants shall prepare and deliver the settlement fund proceeds;

3. Upon receipt of the settlement funds, a structured settlement fund shall be purchased for each minor Plaintiff from Ringler Associates, Inc. in the amounts specified in Exhibit A.

4. Within forty-five (45) days of receipt of the settlement funds from Defendants, Plaintiffs' counsel shall file under seal proof to the Court that the structured

settlement packages were purchased for each minor Plaintiff in accordance with Exhibit A.

5. Within sixty (60) days of the entry of this Order, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

6. This Order authorizes the filing under seal of documents identifying the structured settlement packages purchased for each minor Plaintiff.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 10/12/23
Richmond, VA

/s/
John A. Gibney, Jr.
~~Senior United States District Judge~~
John A. Gibney, Jr.
Senior United States District Judge