IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVON SIMS, et al.,
    Plaintiffs,

v.                                        Civil Action No. 3:22cv3

GREENWOOD MOTOR LINES, INC., et al.,
    Defendants.

**FINAL ORDER**

On January 3, 2024, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 62.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 16 January 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge